FILED

AUG 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MIZERA an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant | Case No.: 5:05-CV-02885-rs<br><br>**APPLICATION OF DARREN T. KAPLAN TO APPEAR *PRO HAC VICE*** |

I, Darren T. Kaplan, hereby apply to appear *pro hac vice* before this court in the above-captioned matter and declare that:

1. I am a member of the law firm of Chitwood Harley Harnes LLP. My business address is 2300 Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309.

2. I am an active member in good standing of the bar of the highest court of the States of New York and Connecticut.



Dockets.Justia.com

3. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

4. I am co-counsel in this litigation with Richard L. Kellner of Kabateck Brown Kellner, LLP, who is an active member in good standing of the State Bar of California and the bar of the United States District Court for the Northern District of California, and who maintains an office within the State of California at 350 South Grand Avenue, 39th Floor, Los Angeles, California 90071-3801.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 15, 2005

Darren T. Kaplan