Mizera v. Google Doc. 12



RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

GREGORY E. KELLER (Admitted *pro hac vice*)
DARREN T. KAPLAN (Admitted *pro hac vice)*
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MIZERA., An Individual, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No. C 05-02885 RS<br><br>**E-FILING**<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**HON. RICHARD SEEBORG**<br><br>Date Comp. Filed: July 17, 2005 |



Dockets.Justia.com

Plaintiff Steve Mizera hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge. Moreover, it is anticipated that the parties will be entering a stipulation to deem this case related to *Click Defense, Inc. v. Google, Inc.* (Case No. C 05-2579), which was filed earlier in time than this action. The Hon. Ronald M. Whyte is the United States District Court Judge assigned to the *Click Defense* action.

Dated: September 27, 2005

KABATECK BROWN KELLNER LLP
RICHARD L. KELLNER, ESQ.
FRANK E. MARCHETTI, ESQ.

By: ________/s/_________________
Richard L. Kellner
Attorneys for Plaintiffs