**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**STEVE MIZERA,**

**Plaintiff(s),**

**VS.**

**GOOGLE, INC.,**

**Defendant(s).**

**C 05-02885 RS**

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for November 16, 2005 before the Honorable Judge Richard Seeborg has been rescheduled for **November 18, 2005 @ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4TH floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 8, 2005.

The parties are directed to contact Judge Whyte's Courtroom Deputy to re-notice Defendant's Motions on Judge Whyte's calendar.

Dated: September 27, 2005

RICHARD W. WIEKING,
Clerk of Court

/s/____________________
Martha Parker Brown
Deputy Clerk

Dockets.Justia.com