```
RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile:  (213) 217-5010

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile:  (818) 947-5121

GREGORY E. KELLER (To be admitted pro hac vice)
DARREN T. KAPLAN (Admitted pro hac vice)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476
```

Attorneys for Plaintiffs

FILED

JAN 2 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No.: 5:05-cv-02579-RMW<br><br>**STIPULATION TO CONSOLIDATE ACTIONS AND [PROPOSED] ORDER**<br><br>(Fed. R. Civ. P. 42)<br><br>Judge: Hon. Ronald M. Whyte |

1

| | |
|---|---|
| STEVE MIZERA., An Individual, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No. C 05-02885-RMW<br><br>Judge: Hon. Ronald M. Whyte |

Pursuant to Federal Rules of Civil Procedure, Rule 42, plaintiffs Click Defense, Inc. and Steve Mizera, individually and as class representatives, by and through their counsel, and Defendant Google, Inc., by and through its counsel, stipulate and agree to the following:

**1.** The above-captioned actions involve common questions of both fact and law.

**2.** The Court should order the above-captioned actions to be consolidated pursuant to Federal Rules of Civil Procedure, Rule 42.

IT IS SO STIPULATED.

Dated: January 13, 2006

CHITWOOD HARLEY HARNES LLP

By: /s/ Darren T. Kaplan
Darren T. Kaplan
Attorneys for Plaintiffs

1

2  Dated: January 13, 2006          KEKER & VAN NEST, LLP

3

4

5                                   By: /s/ Daralyn J. Durie /w/ approval

6                                       Daralyn J. Durie
                                        Attorneys for Defendant
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No.: 5:05-cv-02579-RMW<br><br>[~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS<br><br>(Fed . R. Civ. P. 42)<br><br>Judge: Hon. Ronald M. Whyte |
| STEVE MIZERA., An Individual, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No. C 05-02885-RMW<br><br>Judge: Hon. Ronald M. Whyte |

1

1
2  The Stipulation and Proposed Order is hereby adopted by the Court and the above-captioned
3  actions are hereby consolidated.
4  Dated: 1/13/06
5
6
7  By: _Ronald M. Whyte_
   THE HONORABLE RONALD M. WHYTE
   UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28