E-FILED on    3/30/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C-05-02579 RMW;<br><br>Consolidated with No. C-05-02885 RMW<br><br>ORDER REGARDING STAY REQUEST<br><br>**[Re Docket No. 30 in C-05-02885]** |

The court has received Google, Inc.'s motion to stay but will not have an opportunity to review the motion until next week. The due date for Google's opposition to Advanced Internet Technologies, Inc.'s motion for class certification is continued until further dates are set by the court.

DATED:     3/30/06                              /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
                                                United States District Judge

ORDER REGARDING STAY REQUEST—No. C-05-02579 RMW; Consolidated with No. C-05-02885 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Darren T. Kaplan | dkaplan@chitwoodlaw.com |
| Frank E Marchetti | |
| Gregory E. Keller | gkeller@chitwoodlaw.com |
| Richard L Keller | rlk@kbklawyers.com |
| Shawn Khorrami | skhorrami@khorrami.com |

**Counsel for Defendants:**

| | |
|---|---|
| Daralyn J. Durie | ddurie@kvn.com |
| Clement S. Roberts | CSR@KVN.com |
| David J. Silbert | djs@kvn.com |
| Ryan Marshall Kent | rmk@kvn.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____3/30/06_____          _____/s/ JH_____
                                                            **Chambers of Judge Whyte**