| | |
|---|---|
| KEKER & VAN NEST, LLP<br>DARALYN J. DURIE - #169825<br>DAVID J. SILBERT - #173128<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: ddurie@kvn.com<br>        dsilbert@kvn.com<br>Attorneys for Defendant GOOGLE, INC. | KABATECK BROWN & KELLNER LLC<br>RICHARD L. KELLNER - #171416<br>350 South Grand Avenue, 39th Floor<br>Los Angeles, CA 90071-3801<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br>Email: rlk@kbklawyers.com<br>Attorneys for Plaintiffs<br>ADVANCED INTERNET<br>TECHNOLOGIES, INC. and STEVE MIZERA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 12/7/06*

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, Individually and on behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive,<br><br>                                        Defendants. | Case No. C 05 02579 RMW<br><br>Consolidated with<br>Case No. C 05 02885 RMW<br><br>**STIPULATION AND [] ORDER DISMISSING ACTION**<br><br>Judge:    Hon. Ronald M. Whyte<br><br>Date Comp. Filed:    June 24, 2005<br><br>Trial Date: None set |
| STEVE MIZERA, an Individual, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>                                        Defendants. | |

384385.01

**Stipulation and [] Order Dismissing Action**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

**STIPULATION**

WHEREAS, by Order dated April 5, 2006, this Court stayed these consolidated actions in light of Google's class-wide settlement in the parallel Arkansas case, Case No. CV-2005-52-1, Circuit Court, Miller County, Arkansas ("the Arkansas action"); and

WHEREAS, by Order dated April 20, 2006, the Arkansas Court preliminarily approved the settlement in the Arkansas action; and

WHEREAS, by Order dated July 27, 2006—a true and correct copy of which is attached hereto as Exhibit A—the Arkansas Court finally approved the settlement in the Arkansas action;

NOW THEREFORE, under Fed. R. Civ. P. 41(a)(1), plaintiff Advanced Internet Technologies, Inc., plaintiff Steve Mizera, and defendant Google, Inc. hereby stipulate that these consolidated actions shall be dismissed with prejudice, with the parties bearing their own costs.

SO STIPULATED.

Dated: November 28, 2006                                       ADVANCED INTERNET
                                                               TECHNOLOGIES, INC.


                                                               By: /s/  Richard L. Kellner
                                                                   RICHARD L. KELLNER
                                                                   Kabateck Brown & Kellner LLC

Dated: November 28, 2006                                       STEVE MIZERA


                                                               By: /s/  Richard L. Kellner
                                                                   RICHARD L. KELLNER
                                                                   Kabateck Brown & Kellner LLC

Dated: November 28, 2006                                       GOOGLE, INC.


                                                               By: /s/  David J. Silbert
                                                                   DAVID J. SILBERT
                                                                   Keker & Van Nest, LLC

1    I hereby attest that I have been authorized by Richard Kellner to e-file this document on
2    behalf of plaintiffs Advanced Internet Technologies, Inc. and Steve Mizera.

Dated:  November 28, 2006

KEKER & VAN NEST, LLP


By: _____/s/_____
          David J. Silbert
          Counsel for Defendant Google, Inc.

2
**Stipulation and [ Order Dismissing Action**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

384385.01

1 **ORDER**

2 Based upon the stipulation of the parties, and good cause appearing, these consolidated

3 actions are hereby DISMISSED with prejudice. The parties shall bear their own fees and costs.

4 IT IS SO ORDERED.

5 Dated: 12/7/06

6

7 By: __/s/ Ronald M. Whyte__
Honorable Ronald M. Whyte
8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

384385.01

3

**Stipulation and [] Order Dismissing Action**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**